IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. BANK, N.A., | No. C 12-04667 RS |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION OF REMAND** |
| v. | |
| JOSE BOUSTAMAN, | |
| Defendant. | |

The United States Magistrate Judge to whom this action was initially assigned issued a report and recommendation that the matter be remanded to the Superior Court of Alameda County because subject matter jurisdiction is deficient. (*See* Dkt. No. 5). Specifically, on September 14, 2012, the Judge found that (1) plaintiff's unlawful detainer complaint sounds solely in state law, (2) that the amount in controversy does not exceed $75,000, and (3) that defendant Jose Boustaman is himself a resident of California. The Judge therefore correctly concluded that this Court lacks jurisdiction to proceed. *See* 28 U.S.C. §§ 1331, 1332, 1442(b)(2). No party has filed objections and the time for doing so has now expired. 28 U.S.C. § 636(b). The report and recommendation is hereby adopted and incorporated in full, and the case is remanded consistent therewith.

IT IS SO ORDERED.

Dated: 10/2/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

1

No. 12-04667 RS
ORDER